1042

[No. 26558-0-I.    Division One.    July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN
RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-01398-3, Edward Heavey, J., entered June
26, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 27320-5-I.    Division One.    July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN
D. VEGA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 87-1-01237-5, Peter K. Steere, J., entered
December 3, 1987. *Dismissed* by unpublished per curiam
opinion.

[No. 27936-0-I.    Division One.    July 20, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. MARCELLO
BAZAN, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89-1-00489-0, Kathryn E. Trumbull,
J., entered January 25, 1991. *Reversed* by unpublished
opinion per Thompson, J., concurred in by Coleman and
Forrest, JJ.

[No. 28686-2-I.    Division One.    July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
M. CORIELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-05779-0, Terrence A. Carroll, J., entered
June 14, 1991. *Reversed* by unpublished opinion per
Kennedy, J., concurred in by Coleman and Baker, JJ.